SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: September 12, 2022

USPO [ ☐ ]
AUSA [ ☒ ]
DEF [ ☐ ]

Defendant's Name: Paul Torres  Docket No.: 20-CR-1932-BAS

Attorney's Name: AUSA Amanda L. Griffith  Phone No.: 619-546-8970

Guideline Manual Used: November 1, 2018  Agree with USPO Calc.: Yes ☐ No ☒

| | |
|---|---:|
| Base Offense Level(s): USSG § 2G2.2(a)(2) | 22 |
| Specific Offense Characteristics: | |
| USSG § 2G2.2(b)(2) - Involved Pre-Pubescent Minors | +2 |
| USSG § 2G2.2(b)(3)(F) - Distribution | +2 |
| USSG § 2G2.2(b)(4) – Sadistic or Masochistic Conduct/Infants & Toddlers | +4 |
| USSG § 2G2.2(b)(6) – Use of a Computer | +2 |
| USSG §2G2.2(b)(7)(D) – Involved more than 600 images | +5 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 34 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

____ Career Offender  ____ Armed Career Criminal

Guideline Range:  from 151 mths
 to 188 mths

Departures: USSG § 5K2.0-Expeditious Resolution/COVID  -3

Guideline Range:  from 108 mths
 to 135 mths

RECOMMENDATION: 108 months custody
GOVERNMENT ALSO RECOMMENDS: 10 years Supervised Release, No Fine, $100 SA, No additional assessments pursuant to 18 U.S.C. §§ 2259A & 3014