**ADAM F. DOYLE**
California Bar No. 281763
Law Office Of Adam F. Doyle
964 5th Avenue, Suite 214
San Diego California 92101
Telephone:  (619) 438-0816
Facsimile: (619) 399-7431
email: adamfdoyle@gmail.com

Attorney for Defendant **TORRES**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. CYNTHIA A. BASHANT**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PAUL TORRES,<br><br>　　　　　Defendant. | Crim. No.:  20-CR-1932-BAS<br><br>**DEFENDANT'S SENTENCING SUMMARY CHART**<br><br>Date:　　September 19, 2022<br>Time:　　3:00 p.m. |

TO:　THE ABOVE-ENTITLED COURT;
　　　AMANDA GRIFFITH, ASSISTANT UNITED STATES ATTORNEY, AND
　　　CRYSTAL TIGNOR, UNITED STATES PROBATION OFFICER:

　　Defendant, Paul Torres, individually and through counsel, Adam F. Doyle, hereby files his sentencing summary chart.

Dated: September 6, 2022　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　By:　s/ *Adam F. Doyle*
　　　　　　　　　　　　　　　　　　ADAM F. DOYLE
　　　　　　　　　　　　　　　　　　Attorney for Mr. Torres

1

## SENTENCING SUMMARY CHART

| | | | |
|---|---|---|---|
| Sentencing Date: | September 12, 2022, at 3:00 p.m. | USPO | |
| | | AUSA | |
| | | DEF | X |

| | | | |
|---|---|---|---|
| Defendant's Name: | **Paul Torres** | Docket No.: | **20-CR-1932-BAS** |
| Attorney's Name: | **Adam F. Doyle** | Phone No.: | **(619) 438-0816** |
| Guideline Manual Used: | November 1, 2018 | Agree with USPO Calc.: | No |

| | | |
|---|---|---|
| Base Offense Level: | USSG § 2G2.2(a)(2) | 22 |

Special Offense Characteristics:

| | |
|---|---|
| USSG § 2G2.2(b)(2) | +2 |
| USSG § 2G2.2(b)(3)(F) | +2 |
| USSG § 2G2.2(b)(4) | +4 |
| USSG § 2G2.2(b)(6) | +2 |
| USSG §2G2.2(b)(7)(D) | +5 |

Victim Related Adjustment:
Adjustment for Role in the Offense:
Adjustment for Obstruction of Justice:
Adjustment for Reckless Endangerment During Flight:

| | |
|---|---|
| Adjusted Offense Level | 37 |
| Adjustment for Acceptance of Responsibility | -3 |
| Total Offense Level | 34 |
| Criminal History Score | 0 |
| Criminal History Category | I |

Career Offender _____    Armed Career Criminal _____

| | | |
|---|---|---|
| Guideline Range: | from 151 mnths | |
| Limited by Man. Min.: X | to 188 mnths | |
| Limited by Stat. Max.: | | |

Departures:

| | |
|---|---|
| USSG § 5K2.0 – Expeditious Resolution/COVID | -3 |
| Combination of Circumstances (outlined in sentencing memorandum) | -6 |

| | |
|---|---|
| § 3553 Variance: | -6 (depending on extent of departure) |
| Resulting Adjusted Offense Level: | 25 |

Resulting Guideline Range: from 57 mnths
to 71 mnths

Recommendation:   60 months (statutory minimum)