UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL TORRES,<br><br>Defendant. | Case No.: 20CR1932-BAS<br><br>ORDER OF RESTITUTION |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 2259 and 18 U.S.C. § 3663A(a)(1), Defendant PAUL TORRES (hereinafter "Defendant") shall pay restitution in the amount of **$48,000** as a result of Defendant's conviction for Distribution of Images of Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. § 2252(a)(2).

2. Restitution shall be paid to the following victims in the specified amounts, pro rata:

| Victims | Amount |
|---|---|
| "John Doe I" of the 8Kids Series | $3,000 |
| "John Doe II" of the 8Kids Series | $3,000 |
| "Amy" of the Misty Series | $3,000 |

| | |
|---|---|
| "Andy" of the Andy Series | $3,000 |
| "Anna" of the Anna Model Sister Series | $3,000 |
| "L.L." of the Ashley_081 Series | $3,000 |
| "Henley" of the BluePillow1 Series | $3,000 |
| "Cindy" of the Cindy Series | $3,000 |
| "Fiona" of the BluesPink1 Series | $3,000 |
| "Jane" of the CinderBlockBlue Series | $3,000 |
| "Jenny" of the Jenny Series | $3,000 |
| "Maureen" of the Lighthouse Series | $3,000 |
| "Jack" of the Rap72 Series | $3,000 |
| "Kauzie" of the RapJerseys Series | $3,000 |
| "Jessy" of the SurferHair Series | $3,000 |
| "Pia" of the Sweet White Sugar Series | $3,000 |

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a. During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b. Upon release from custody, Defendant shall pay restitution at the rate of at least $200 per month, subject to modification upon further agreement of the parties or order of the Court.

5. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6.      Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

>       Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

        7.      The Court has determined that Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

        8.      Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

        9.      Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 9/12/22

Hon. Cynthia Bashant
United States District Judge